IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00919-RPM

JOANN RODRIGUEZ,

    Plaintiff,

v.

MOLSON COORS BREWING COMPANY,
now d/b/a MILLERCOORS LLC,
a/k/a the successor company of COORS BREWING COMPANY,

    Defendant.

## ORDER FOR DISMISSAL

Pursuant to the joint stipulation of dismissal [18], filed on July 30, 2010, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated: August 2nd, 2010

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge