IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00919-RPM-CBS

JOANN RODRIGUEZ

      Plaintiff,

v.

MOLSON COORS BREWING COMPANY now d/b/a MILLERCOORS LLC a/k/a the successor company of COORS BREWING COMPANY

      Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO REOPEN CIVIL ACTION, AMEND CAPTION, AND RETAIN THE SCHEDULING CONFERENCE DATE**

---

Plaintiffs' Unopposed Motion to Reopen Civil Action, Amend Caption, and Retain the Scheduling Conference Date ("Unopposed Motion") is GRANTED.

THE COURT hereby reopens this Action and amends the caption to identify MillerCoors LLC as the sole defendant. The Scheduling Conference Date of September 3, 2010 at 2:30 p.m. will remain on the calendar.

DATED: August 12th, 2010.

                                          BY THE COURT:

                                          s/ Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge