IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00919-RPM-CBS

JOANN RODRIGUEZ

     Plaintiff,

v.

MILLERCOORS LLC

     Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS PLAINTIFF'S FOURTH CLAIM FOR RELIEF WITH PREJUDICE**

---

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), it is ORDERED, that the Stipulated Motion to Dismiss Plaintiff's Fourth Claim for Relief with Prejudice, is granted. Each Party shall pay her/its own respective attorneys' fees and costs pertaining to Plaintiff's Fourth Claim for Relief, Wrongful Discharge in Violation of Public Policy.

DATED: August 27th, 2010.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior U.S. District Judge