IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00919-RPM

JOANN RODRIGUEZ,

      Plaintiff,

v.

MILLERCOORS LLC

      Defendant.

---

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

---

      Pursuant to the Joint Motion to Amend Scheduling Order [32] filed on February 11, 2011, it is

      ORDERED that the Scheduling Order is amended as to the following deadlines:

      a.Expert Designations: May 16, 2011

      b. Contradicting Expert Designations: June 15, 2011

      c. Rebuttal Expert Opinions: July 16, 2011

      d. Discovery Cut-off: August 1, 2011

      e. Dispositive Motions: August 29, 2011

      DATED: February 11th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior U.S. District Judge