**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-CV-00919-RPM

JOANN RODRIGUEZ,

    Plaintiff,
v.

MILLERCOORS LLC,

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

---

    Pursuant to the Joint Motion to Amend Scheduling Order [34] filed on April 26, 2011, it is

    ORDERED that the Scheduling Order is amended as to the following deadlines:

    a.    Expert Designations: August 15, 2011;

    b.    Contradicting Expert Designations: September 14, 2011;

    c.    Rebuttal Expert Opinions: October 14, 2011;

    d.    Discovery Cut-off: October 31, 2011;

    e.    Dispositive Motions: November 21, 2011.

DATED this 27th day of April, 2011.

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____

                          Richard P. Matsch, Senior District Judge