IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00919-RPM

JOANN RODRIGUEZ,

      Plaintiff,
v.

MOLSON COORS BREWING COMPANY now d/b/a MILLERCOORS LLC a/k/a the successor company of COORS BREWING COMPANY,

      Defendant.

_____

ORDER ON DEPOSITION OF JUDY LOCKWOOD
_____

      In the amended complaint, the defendant's answer, and in the Scheduling Order Jury Lockwood was identified as a Vocational Rehabilitation Expert Consultant retained by MillerCoors LLC as a part of an interactive process in determining whether the plaintiff's disability could be accommodated.  On July 11, 2011, Judy Lockwood filed a Motion for Protective Order regarding a deposition of her noticed for Tuesday, July 12, 2011, at 9:00 a.m.  Ms. Lockwood asserts that she should be paid for professional fees for attending the deposition and that she sent an invoice to defendant's counsel with a request that it be submitted to plaintiff's counsel for payment.

      Plaintiff's counsel responded to the Motion for Protective Order, asserting that because Judy Lockwood has not been designated as an expert witness in the case, no professional fee should be required to be paid by the plaintiff as a condition of taking this deposition.

It is apparent that Judy Lockwood may be a necessary fact witness in this case and that her deposition should be taken and that any fees over and above the normal witness fee is the responsibility of the defendant because of her professional role in this case. Accordingly, it is

ORDERED that a deposition of Judy Lockwood will be rearranged and that any fee over and above the witness appearance fee to be paid to Judy Lockwood for her appearance will be paid by the defendant.

DATED: July 12th, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge