**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00919-RPM-CBS

JOANN RODRIGUEZ,

    Plaintiff,

v.

MILLERCOORS L.L.C.

    Defendant.

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to the Joint Motion to Amend Scheduling Order [Dkt. # 45] filed on August 5, 2011, it is

ORDERED that the Scheduling Order [Dkt. # 25] is amended to the following deadlines:

    a.    Expert designation on adaptive technology:  October 14, 2011

    b.    Contradicting expert designation on adaptive technology:  November 14, 2011

    c.    Rebuttal expert opinions on adaptive technology:  December 14, 2011

    d.    Discovery cut-off on adaptive technology:  January 9, 2012

    e.    All other deadlines shall remain unchanged

DATED this 9th day of August 2011.

                                              BY THE COURT:
                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior U. S. District Judge