IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00919-RPM

JOANN RODRIGUEZ,

    Plaintiff,

v.

MILLERCOORS LLC

    Defendant.

_____

ORDER GRANTING MOTION TO SUBSTITUTE EXHIBIT
_____

Upon review of Plaintiff's Unopposed Motion for Leave to File Substitute Exhibit [48] filed September 16, 2011, it is

ORDERED that the motion is granted and Substitute Exhibit 4 attached thereto is substituted for Exhibit 4 to the Motion to Compel Subpoenaed Documents (#47).

DATED: September 19th, 2011

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge