IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00919-RPM

JOANN RODRIGUEZ,

      Plaintiff,

v.

MILLERCOORS LLC

      Defendant.

_____

ORDER AMENDING SCHEDULING ORDER
_____

      Upon review of the Joint Motion to Amend Scheduling Order [54] filed October 17, 2011, it is

      ORDERED that the motion is granted.  The discovery cut-off is extended for the limited purpose of allowing Plaintiff's counsel to depose one of Defendant's experts, Dr. Kevin Reilly.

      DATED:   October 18th, 2011

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                     Richard P. Matsch, Senior Judge