IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00919-RPM

JOANN RODRIGUEZ

      Plaintiff,

v.

MILLERCOORS LLC.

      Defendant.

___

**ORDER GRANTING UNOPPOSED MOTION FOR ORDER AUTHORIZING DR. KEVIN J. REILLY TO DISCLOSE PSYCHOLOGICAL TESTING MATERIAL**

___

Upon review of Defendant MillerCoors LLC.s Unopposed Motion for Order Authorizing Dr. Kevin J. Reilly to disclose Psychological Testing Material, it is

ORDERED that the Unopposed Motion is GRANTED. Dr. Reilly is ORDERED to immediately disclose all psychological testing materials used to conduct any testing on the Plaintiff and all raw data collecting during the testing of the Plaintiff, and all of this information should be provided directly to the Plaintiff.s counsel, in accordance with the confidentiality provisions of the Stipulated Protective Order Document #30.

DATED: October 25th, 2011

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior Judge