# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-CV-00919-RPM-CBS

JOANN RODRIGUEZ,

    Plaintiff,

v.

MILLERCOORS LLC,

    Defendant.

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

THE COURT having reviewed Defendant's Motion to Amend the Scheduling Order and being advised in the premises,

HEREBY ORDERS that Defendant's Motion is Granted,

AND FURTHER ORDERS that the Discovery Cut-off for the limited purpose of allowing Defendant to submit its responses to Plaintiff's Request for Admissions is extended to and including November 7, 2011.

DATED this 1st day of November, 2011.

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          Richard P. Matsch, Senior District Judge