IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00919-RPM

JOANN RODRIGUEZ,

    Plaintiff,
v.

MILLERCOORS LLC

    Defendant.

_____

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER AND MOTION
FOR EXTENSION OF TIME
_____

    After review of Plaintiff's Unopposed Motion to Amend Scheduling Order [75] filed November 14, 2011, and Unopposed Motion for Extension of Time to file Plaintiff's Reply in Support of Plaintiff's Motion to Compel Fed.R.Civ.P. 30(b)(6) Designee(s) and for Sanctions [76] filed November 15, 2011, it is

    ORDERED that the motions are granted.  The discovery cut-off date is extended to and including November 28, 2011, for the limited purpose of allowing Plaintiff's counsel to depose Dr. Kevin Reilly.  It is

    FURTHER ORDERED that the deadline for plaintiff to file the reply in support of its Motion to Compel is extended to and including November 22, 2011.

    DATED:   November 16th, 2011

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       _____
                                       Richard P. Matsch, Senior Judge