IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00919-RPM

JOANN RODRIGUEZ,

    Plaintiff,

v.

MILLERCOORS LLC

    Defendant.

_____

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER
_____

Upon review of Plaintiff's Unopposed Motion to Amend Scheduling Order [93] filed December 8, 2011, it is

ORDERED that the motion is granted and the deadline for plaintiff's rebuttal expert disclosure regarding adaptive technology is extended to and including December 23, 2011.

DATED   December 9th, 2011

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge