IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00919-RPM

JOANN RODRIGUEZ,

      Plaintiff,

v.

MILLERCOORS LLC

      Defendant.

_____

Amended ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

_____

      After review of The Unopposed Motion for Extension of Time File Plaintiff's Reply In Support Of Plaintiff's Motion to Compel Documents Or, In The Alternative, For An In Camera Review, filed December 19, 2011 [99]],  it is

      ORDERED that the motion is granted and the deadline for plaintiff to file her reply is extended to and including December 22, 2011.

      DATED   December 20th, 2011

                             BY THE COURT:

                             s/Richard P. Matsch

                           _____

                           Richard P. Matsch, Senior Judge