**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 10-cv-00919-RPM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: February 17, 2012** | **Courtroom Deputy:** Robin Mason |

JOANN RODRIGUEZ,                                Paula Dee Greisen
                                                Dana Lee Menzel
                                                Laura Ellen Schwartz

      Plaintiff,

      v.

MILLERCOORS, LLC. , *et al.*                    Raymond Myles Deeny
                                                Vance Orlando Knapp
                                                William Albert Wright

      Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in Session:     1:30 p.m.**
Court calls case.  Appearances of counsel.

The court addresses parties regarding plaintiff's MOTION to Compel Subpoenaed Documents (Docket No. 47, filed on 9/15/2011).

Ms. Menzel and Mr. Deeny present oral arguments to court regarding plaintiff's Motion to Compel.

Discussion regarding plaintiff's MOTION to Compel Subpoenaed Documents (Docket No. 47, filed on 9/15/2011), waiver and privilege log, attorney-client privilege as it pertains to Ms. Judy Lockwood, whether Ms. Lockwood was deposed as a fact and/or expert witness, Oklahoma case Oklahoma vs. Tyson Food, Rules 702 and 703, Rule 26(a)(2)(b), fact based materials, and what defines mediation privilege.

The court provides parties, on the record, with case citations relevant to this issue.

**ORDERED:**   The court **GRANTS in PART and DENIES in PART** plaintiff's MOTION to Compel Subpoenaed Documents (Docket No. 47, filed on 9/15/2011).  The court orders counsel for the defendants to produce to the plaintiffs the bates numbered pages as reflected on the record.

The court addresses parties regarding plaintiff's MOTION for Sanctions Pursuant to Fed. R. Civ. P. 37(c)(1) for the Untimely Disclosure of a Material and Disputed Fact (Docket No. 60, filed on 10/27/2011).

Ms. Greisen presents oral argument to court regarding plaintiff's Motion for Sanctions.

Discussion between the court and counsel for the plaintiff regarding the plaintiff's MOTION for Sanctions Pursuant to Fed. R. Civ. P. 37(c)(1) for the Untimely Disclosure of a Material and Disputed Fact (Docket No. 60, filed on 10/27/2011), the filing of a Motion *in Limine*, Rule 408 protections, Rules 33 and 34, Rule 37(c), interrogatories, Rule 26(a)(1) disclosures and Rule 26(e), claims and allegations in Complaint as they relate to this motion, cross designation, and the court having to make a credibility decision (which it is unwilling to do).

**ORDERED:** The court **DENIES** (for being premature and too broad) **without prejudice** plaintiff's MOTION for Sanctions Pursuant to Fed. R. Civ. P. 37(c)(1) for the Untimely Disclosure of a Material and Disputed Fact (Docket No. 60, filed on 10/27/2011).

The court addresses the parties regarding defendant's MOTION to Strike #91 Reply to Response to Motion, Regarding New Argument Presented in Plaintiff's Reply in Support of Plaintiff's Motion to Compel Fed.R.Civ.P. 30(b)(6) Designee(s) and For Sanctions (Docket No. 97, filed on 12/15/2011).

**ORDERED:** The court **DENIES** defendant's MOTION to Strike #91 Reply to Response to Motion, Regarding New Argument Presented in Plaintiff's Reply in Support of Plaintiff's Motion to Compel Fed.R.Civ.P. 30(b)(6) Designee(s) and For Sanctions (Docket No. 97, filed on 12/15/2011).

The court addresses the parties regarding plaintiff's MOTION to Compel FRCP 30(b)(6) Designee(s) and for Sanctions (Docket No. 50, filed on 10/6/2011).

Ms. Greisen and Mr. Knapp present oral arguments to court regarding plaintiff's Motion to Compel.

Discussion regarding plaintiff's MOTION to Compel FRCP 30(b)(6) Designee(s) and for Sanctions (Docket No. 50, filed on 10/6/2011), Rule 30(b)(6) and possibly re-opening of this deadline pertaining to depositions, preservation issues, spoliation motions, Rule 801(d) and subpoenas, Motion *in Limine*, and the filing a new Motion for Protective Order.

**ORDERED:** The court **GRANTS** Discussion between the court and counsel for the plaintiff regarding plaintiff's MOTION to Compel FRCP 30(b)(6) Designee(s) and for Sanctions (Docket No. 50, filed on 10/6/2011) to the extent that the motion seeks to reopen the 30(b)(6) depositions. At this time, the court is reluctant to award any fees and costs.

The court addresses the parties regarding plaintiff's MOTION to Compel Documents or, in the

Alternative, for an In Camera Review (Docket No. 68, filed on 10/31/2011).

Counsel for the defendant provides the court with documents for review. Ms. Greisen makes an oral motion to take a recess. Court grants oral motion.

**Court is in recess:**     **4:19 p.m.**
**Court is in session:**     **4:24 p.m.**

Ms. Greisen presents oral argument to court regarding plaintiff's Motion to Compel. Counsel provides to the court the documents that was previously produced to them. Mr. Deeny presents oral argument to court regarding plaintiff's Motion to Compel.

Discussion regarding plaintiff's MOTION to Compel Documents or, in the Alternative, for an In Camera Review (Docket No. 68, filed on 10/31/2011), privilege communication and confidentiality of former employees, the filing of a supplemental response by the plaintiffs, medication notes and statements made in the context of settlement, Rule 26 and statute of limitations, and possible impeachment evidence for the plaintiffs.

**ORDERED:**    For reasons as stated on the record, the court **GRANTS in PART and DENIES in PART** plaintiff's MOTION to Compel Documents or, in the Alternative, for an In Camera Review (Docket No. 68, filed on 10/31/2011).

HEARING CONCLUDED.

**Court in recess**:     **5:18 p.m.**
Total time in court:     03:48

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.