**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  May 4, 2012
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 10-cv-00919-RPM

| | |
|---|---|
| JOANN RODRIGUEZ, | Paula Greisen |
| | Dana L. Menzel |
| Plaintiff, | Laura Schwartz |
| v. | |
| MILLERCOORS, LLC., | Raymond Deeny |
| | William A. Wright |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Motions Hearing**

**9:59 a.m.      Court in session.**

Plaintiff and defendant's client representative David Osswald are present.

Court's preliminary remarks, comments regarding its review of applicable pleadings, and states its summary of the case.

Argument by Mr. Deeny

Argument by Ms. Greisen.
Ms. Greinsen states reinstatement at a different position is still a possible option and damages.
Ms. Greisen clarifies plaintiff's claims.

Rebuttal argument by Mr. Deeny.

**ORDERED:   Defendant MillerCoors' Motion for Summary Judgment [80], is taken under advisement.**

**11:20 a.m. Court in recess.**

Hearing concluded.  Total time: 1 hr. 21 min.