IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00919-RPM

JOANN RODRIGUEZ,

    Plaintiff,
v.

MILLERCOORS LLC

    Defendant.

_____

ORDER VACATING PRETRIAL CONFERENCE
_____

Upon review of the Joint Motion to Vacate and Reset Pretrial Conference [153], filed June 27, 2012, it is

ORDERED that the July 17, 2012, pretrial conference is vacated and it is

FURTHER ORDERED that the parties shall submit a status report on or before July 30, 2012.

DATED   June 28th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge