IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00919-RPM

JOANN RODRIGUEZ,

    Plaintiff,

v.

MILLERCOORS LLC,

    Defendant.

_____

ORDER FOR STATUS REPORT
_____

    After review of the parties' Joint Status Report, filed July 30, 2012 [155], it is

    ORDERED that the parties shall submit a status report on or before October 12, 2012.

    DATED   July 30th, 2012

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge