IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00919-RPM

JOANN RODRIGUEZ,

    Plaintiff,

v.

MILLERCOORS LLC,

    Defendant.

_____

ORDER GRANTING MOTION TO SUBSTITUTE EXHIBIT
_____

    After review of Plaintiff's Motion to File Substitute Exhibit to Plaintiff's Fed.R.Evid. 702 Motion to Strike Expert Witness and Other Related and Inadmissible Opinions and Request for *Daubert* Hearing [159] filed September 21, 2012, it is

    ORDERED that the motion to substitute Exhibit 8 is granted.

    DATED   September 24th, 2012

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge