IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                September 25, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 10-cv-00919-RPM

JOANN RODRIGUEZ,                                            Paula Greisen
                                                            Dana L. Menzel
     Plaintiff,

v.

MILLERCOORS, LLC.,                                          Vance O. Knapp
                                                            Sarah Peace
     Defendant.

_____

**COURTROOM MINUTES**
_____

**Motion Hearing**

**11:00 a.m.**      **Court in session.**

Court's preliminary remarks.

Ms. Greisen clarifies what plaintiff is claiming and answers questions regarding anticipated supportive evidence.

Argument by Mr. Knapp.

**Court states evidence regarding MMPI is not permitted.**
**Court states permissible scope of Ms. Lockwood's testimony.**

**ORDERED:**   **Plaintiff's Fed. R. Evid. 702 Motion to Strike Expert Witness and Other Related and Inadmissible Opinions and Request for *Daubert* Hearing [121] / [123], is resolved as stated on record.**

Discussion regarding scheduling.

**ORDERED:**   **Pretrial conference set December 7, 2012 at 3:00 p.m.**

**11:25 a.m.**      **Court in recess.**

Hearing concluded.  Total time: 25  min.