**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Civil Action No. 10-cv-00919-RPM

JOANN RODRIGUEZ,

    Plaintiff,

v.

MILLERCOORS LLC

    Defendant.

---

### ORDER GRANTING STIPULATED MOTION TO DISMISS

After reviewing the Stipulated Motion to Dismiss, and being apprised of the circumstances, it is

ORDERED that this action is DISMISSED, with prejudice. Except as agreed between the parties in writing, each party is to pay her or its own costs and fees.

DATED: June 3, 2013

                                     BY THE COURT

                                     s/Richard P. Matsch

                                     Richard P. Matsch, Senior Judge